1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11  WANDA REAGEN, an individual,          Case No.:  1:09-cv-00839-OWW-DLB

12              Plaintiff,                **ORDER GRANTING IN DEFENDANT**
                                          **AURORA LOAN SERVICES, INC.'S**
13          vs.                           **REQUEST FOR JUDICIAL NOTICE**

14  AURORA LOAN SERVICES, INC., a         Hearing Date:   November 2, 2009
    Delaware Corporation; AEGIS WHOLESALE Time:           10:00 a.m.
15  CORPORATION, a Delaware Corporation;  Dept.:          Courtroom #3 (7th Floor)
    CAPITAL LINE FINANCIAL, LLC, a        Judge:          Hon. Oliver W. Wanger
16  California Limited Liability Company; and
    DOES 1 through 50, inclusive,         Complaint Date:  May 11, 2009
17                                        Trial Date:      Not Set
               Defendants.
18

19
20
21
22
23
24
25
26
27
28

---

11991/0002/770721.1                         ORDER GRANTING AURORA'S RJN
                                            Case No.:  1:09-cv-00839-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant Aurora Loan Services, Inc.'s ("Aurora") request for judicial notice in support

2  of its motion to dismiss the complaint of Plaintiff Wanda Reagen pursuant to FRCP 12(b)(6)

3  was heard before the Honorable Oliver W. Wagner on Monday, November 2, 2009 at

4  10:00 a.m. in Department 3 of the above-entitled Court.  Jane K. Lee appeared for Aurora.

5  David Shapiro specially appeared for Plaintiff.

6    Based on the request for judicial, the complaint, and further briefs, evidence, authorities

7  and argument presented before or at the hearing of these motions, and good cause appearing,

8    IT IS HEREBY ORDERED as follows:

9    The Court herby GRANTS Aurora's request for judicial notice as to the (1) Deed of

10  Trust (including an Adjustable Rate Rider), recorded on May 24, 2006, in the Official Records

11  of Kern County, California; and (5) Program Disclosure signed by Plaintiff demonstrating that

12  she received the negative amortization feature ("ARM Disclosure").

13    The Court generally may not consider matters beyond the pleadings on a Rule 12(b)(6)

14  motion, but a "document is not outside the complaint if the complaint specifically refers to the

15  document and if its authenticity is not questioned."  *Branch v. Tunnell*, 14 F.3d 449, 453 (9th

16  cir. 1994), overruled on other grounds by *Galbraith v. County of Santa Clara*, 307 F.3d 1119

17  (9th cir. 2002).

18    The Court determines that the Deed of Trust, Rider and the ARM Disclosure are

19  properly considered as they make up the complete set of documents comprising the loan

20  transaction [along with the Note and TILDS that are attached to the complaint] which is

21  referenced extensively in the complaint.  *See In re Stac Elcs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4

22  (9th cir. 1996) (noting that complete copies of the documents whose contents are alleged in the

23  complaint may be considered in connection with a motion to dismiss).

24    The Court hereby denies Aurora's request for judicial notice as to the following

25  documents on the grounds that they have no bearing on the disposition of Aurora's motion to

26  dismiss:  (2) Deed of Trust of Plaintiff's prior loan, recorded on October 28, 2003, in the

27  Official Records of Kern county, California; (3) HUD-1 Statement showing that Plaintiff

28

- 1 -

ORDER GRANTING AURORA'S RJN
Case No.:  1:09-cv-00839-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  received over $235,000 in cash from Aegis Wholesale Loan; (4) Plaintiff's note to her lender

2  stating that she refinanced in order to "complete some home improvement jobs and invest."

3      IT IS SO ORDERED.

4

5  Dated: November 17, 2009              /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
6                                       UNITED STATES DISTRICT JUDGE

11991/0002/770721.1

ORDER GRANTING AURORA'S RJN
Case No.:  1:09-cv-00839-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com