UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| WANDA REAGEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>AURORA LOAN SERVICES, INC., a Delaware Corporation; AEGIS WHOLESALE CORPORATION, a Delaware Corporation; CAPITAL LINE FINANCIAL, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:09-cv-00839-OWW-DLB<br><br>**ORDER DISMISSING AURORA LOAN SERVICES, INC.**<br><br>Hearing Date:  November 2, 2009<br>Time:           10:00 a.m.<br>Dept.:          Courtroom #3 (7th Floor)<br>Judge:          Hon. Oliver W. Wanger<br><br>Complaint Date:  May 11, 2009<br>Trial Date:      Not Set |

    The motion of Defendant Aurora Loan Services, Inc. ("Aurora") to dismiss the complaint of Plaintiff Wanda Reagen pursuant to FRCP 12(b)(6) was heard before the Honorable Oliver W. Wagner on Monday November 2, 2009 at 10:00 a.m. in Department 3 of the above-entitled Court.  The Court granted Aurora's Motion to Dismiss Plaintiff's first cause of action pursuant to the Federal Truth In Lending Act WITH prejudice.  The Court granted Aurora's Motion to Dismiss Plaintiff's second cause of action regarding Business and Professions Code Section 17200 and Plaintiff's third cause of action regarding financial elder abuse without prejudice.  (Doc. 21)

PDF created with pdfFactory trial version www.pdffactory.com

Based on the granting of Aurora's Motion to Dismiss, the records on file and all matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. This case is now closed.

2. Aurora is dismissed from this action.

3. All dates in this matter, including the initial scheduling conference set for October 15, 2010, is hereby vacated.

IT IS SO ORDERED.

Dated:  September 21, 2010          /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com